LOCAL PROB 12C
(05/15)

# UNITED STATES DISTRICT COURT
## for
## Connecticut

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Patricia Baddeley

Docket Number: 0205 3:08CR00199-001

Sentencing Judicial Officer: Honorable Stefan R. Underhill, U.S. District Judge

Date of Original Sentence: February 11, 2010

Original Offense: Count 1: Mail Fraud, in violation of 18 U.S.C. 1341
Count 2: Filing False Tax Return, in violation of 26 U.S.C. 7206

Original Sentence: 46 Months Bureau of Prisons; 36 Months Term of Supervised Release

Type of Supervision: Supervised Release     Date Supervision Commenced: August 30, 2013

AUSA: Avi Perry     Defense Attorney: Hubert J. Santos

---

### PETITIONING THE COURT

☐ To issue a summons for a compliance review hearing
☒ To issue a summons for a violation hearing
☐ To issue a warrant

The probation officer believes that the offender has violated the following condition(s) of supervision:

| | | |
|---|---|---|
| | Charge # 1<br>Special | Shall refrain from gambling and will not enter any establishment known to promote gambling. |

Information received by the Probation Office from the Mashantucket Pequot Tribal Nation via the U.S. Attorneys Office show that Mrs. Baddeley gambled at Foxwoods Resort Casino on appoximately 10 days in 2014 and had jackpot winnings of at least $43,173 during that time. She last used her player's card on February 13, 2015, the day after her most recent appearance before Judge Underhill.

Information received reflects that Mrs. Baddeley has since continued to gamble at Foxwoods without the use of her player's card, in an apparent effort to evade detection.  However, whenever a slots player at Foxwoods wins over $1,200, the player is required to cash out in person. Records show that Mrs. Baddeley played slots and won over $1,200 on at least 4 days in March 2016, winning a total of $7,089. There was also a $1,600 payout on one day in July 2015, bringing Mrs. Baddeley's total winnings to 51,862 since her supervision commenced.

U.S. Probation Officer Recommendations:
This will be the second violation hearing requested by the Probation Office due to Mrs. Baddeley's noncompliance. The first was the result of an arrest on 1/2/15, where she was charged with Attempt to Commit Larceny 1st Degree, Larceny 1st Degree and Larceny 3rd Degree. That matter was continued by Your Honor until resolution of the state case, however the case is now on the trial list with no scheduled date for trial. Despite that opportunity, Mrs. Baddeley continued her non-compliant behavior and then made no attempt to use any of her gambling proceeds to pay down her restitution order. To date, she has only paid $8,021.73. It is respectfully requested that a summons be issued and a hearing conducted in order to show cause why Mrs. Baddeley's supervised release should not be revoked. It is noted that Mrs. Baddeley's supervision is scheduled to expire on August 29, 2016.

I declare under penalty of perjury that the foregoing is true and correct.
Executed On     July 6, 2016

Gregory Campos
U.S. Probation Officer

**THE COURT ORDERS:**

☐ No Action
☐ The issuance of a summons for a compliance review hearing  Date:
☒ The issuance of a summons   Date:  07/21/2016 at 3:00 pm
☐ The issuance of a warrant
☐ Other

Signature of Judicial Officer

July 6, 2016
Date

**Submit by Email**    **Print**    **Save As...**