**United States District Court**
**District of Connecticut**

| | | |
|---|---|---|
| **The United States of America** | : | Crim. No. 3:08-CR-00199(SRU) |
| Plaintiff | : | |
| | : | |
| **v.** | : | |
| | : | |
| **Patricia Baddeley Meehan** | : | |
| Defendant | : | July 20, 2016 |

## APPEARANCE

TRENT A. LaLIMA, of the Law Offices of Hubert J. Santos, hereby enters his appearance as counsel of record for the Defendant, Patricia Baddeley Meehan.

        **THE DEFENDANT,**
        **Patricia Baddeley Meehan**


    BY   /s/
        TRENT A. LaLIMA
        Federal Bar No. ct 29520
        LAW OFFICES OF HUBERT J. SANTOS
        51 Russ Street
        Hartford, CT 06106
        Tel. (860) 249-6548
        Fax (860) 724-5533

## Certification

      I hereby certify that on the above date, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/_____
TRENT A. LaLIMA