(Viol-Hrg 5/3/2013)

HONORABLE:_____
DEPUTY CLERK_____ RPTR/ECRO/TAPE_____
TOTAL TIME: ____hours ____minutes   USPO_____ INTERPRETER_____
DATE:_____ START TIME:_____ END TIME:_____
LUNCH RECESS   FROM: _____ TO: _____
RECESS (if more than ½ hr)   FROM: _____ TO: _____

CRIMINAL NO._____ Deft #_____

UNITED STATES OF AMERICA
                                            _____
                                            AUSA
vs
                                            _____
_____               Defendant's Counsel ☐ CJA ☐ Retained ☐ PDA

**VIOLATION OF PROBATION/SUPERVISED RELEASE (post sentencing)**

PROBATION _____   SUPERVISED RELEASE _____
IA REVOCATION HEARING _____ with PRELIMINARY REVOCATION HEARING _____
COMPLIANCE REVIEW HEARING _____   REVOCATION HEARING _____

☐.......... Deft arrested on _____
☐.......... Deft failed to appear, Bench warrant to issue
☐.......... Violation hearing continued to _____ at _____
☐.......... Defendant admits violation `mandatory condition #2`
☐.......... CJA 23 Financial Affidavit filed ☐ Sealed by the Court.
☐.......... Court appoints_____ to represent dft ☐ For this proceeding ☐ for all proc.
            CJA Appointment date: _____.
☐.......... Order Appointing Federal Public Defender's Office filed
☐.......... Court finds deft ☐ has ☐ has not violated terms of ☐ probation ☐ supervised release
☐.......... Probation/Supervised Release ☐ revoked ☐ continued ☐ modified
☐.......... _____ months imprisonment on Count(s) _____
☐.......... Upon release the defendant shall be on supervised release for a term of ____ ☐ years ☐ months
☐.......... ☐ Supervised release ☐ Probation continued for a period of ____ ☐ years ☐ months on count(s) _____
☐.......... Deft shall pay a fine of $_____ on Count(s)_____ to be paid by _____
☐.......... Court recommends incarceration at _____
☐.......... Deft shall pay $_____ per month for the cost of ☐ Incarceration ☐ Supervised Release ☐ Community confinement (halfway house)
☐.......... Deft shall refrain from any use or unlawful possession or distribution of a narcotic drug.
☐.......... Deft ordered to surrender on _____ to ☐ U.S. Marshal ☐ institution
☐.......... Bond ☐ continued ☐ set at $_____ ☐Non-surety ☐ Surety ☐ PR
☐.......... Violation Sentencing set for _____ at _____
☐.......... Defendant detained
☐.......... _____
☐.......... SEE CONDITIONS OF SUPERVISED RELEASE/PROBATION ON PAGE II

## CONDITIONS OF ☐ SUPERVISED RELEASE ☐ PROBATION

☐...... Deft shall pay restitution in the amount of $_____ payable at the rate of $_____ per month

☐...... Deft shall be fined $ _____ on count(s) _____ to be paid during the defendant's period of ☐ Supervised Release ☐ Probation on a schedule to be determined by the U.S.P.O.

☐...... Deft shall obtain a psychiatric and/or psychological evaluation and /or counseling; substance abuse treatment and/or counseling; submit to random urine testing & monitoring; educational and/or vocational training; _____ as deemed necessary by the U.S.P.O.

☐...... Deft shall pay the cost of supervision of $_____ per month.

☐...... Deft shall perform community service for a period of _____ hours per week for _____ years(s) for a total of _____ hours.

☐...... Deft shall obtain and maintain full employment

☐...... Deft shall have no association with or be in the presence of, use, fabrication, assembly, transfer or dealing with weapons of any kind.

☐...... Deft is confined to his/her home for a period of _____ months ☐ with electronic monitoring ☐ without electronic monitoring

☐...... Deft shall pay the costs of electronic monitoring

☐...... Deft is sentenced to community confinement (halfway house) for a period of _____ months

☐...... During the period of house arrest the deft shall be home at all times except for employment, religious obligations, medical attention, ~~and community service. Deft shall engage in no social activities with the exception of those exclusively family oriented~~.

☐...... Deft shall have no involvement nor relationship with nor be in the presence of any person who uses, deals with, or distributes drugs, nor shall he/she be in the presence of any actual usage of, dealing or distribution of drugs of any nature.

☐...... _____

_____

_____

_____